**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LA'KEYA KEO, | : | NO. 1:25-CV-01462 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| DENTAL DREAMS, | : | |
| Defendant. | : | |
| | : | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** that:

1. Defendant Dental Dreams, LLC's motion to dismiss (doc. 8) is **GRANTED**;

2. The Amended Complaint (doc. 5) is **DISMISSED** with prejudice; and

3. The Clerk of Court is directed to **CLOSE** this case.

Date: August 24, 2026

s/ *Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge